No. 11–9249. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9294. BROADNAX v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–9384. SMITH v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 11–9389. SPURLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9395. CLEAVER-BASCOMBE v. KARTANO. Ct. App. D. C. Certiorari denied.

No. 11–9517. TOLLIVER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9526. BLUE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9602. SANCHEZ-GONZALEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–9622. MEECE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–9686. OLIPHANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–9703. VEGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9704. JALOWIEC v. ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9736. PARTIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–9740. COTA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 11–9753. SANDOVAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.